IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS LEE ANDERSON,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-812-bbc

v.

UNITED STATES GOVERNMENT,

        Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice as legally frivolous.

| /s/ | 2/12/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |